1 | MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
2 | JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
3 | **FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
4 | San Francisco, California 94104
Telephone:    (415) 364-5540
5 | Facsimile:    (415) 391-4436

6 | Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee
7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

| | |
|---|---|
| 12 In re: | Case No. 18-30016-HLB |
| 13 ARTEM KOSHKALDA, | Chapter 7 |
| 14 Debtor. | |
| 15 | |
| 16 E. LYNN SCHOENMANN, | Adv. Proc. No. 18-03030-HLB |
| 17 Plaintiff, | **CERTIFICATE OF SERVICE OF ALIAS SUMMONS, FIRST AMENDED COMPLAINT AND RELATED DOCUMENTS** |
| 18 vs. | |
| 19 MARIIA KRAVCHUK, ADRIY KRAVCHUK aka ANDRIY KRAVCHUK aka ANDREY KRAVCHUK; and SANCASE LLC, | |
| 20 | |
| 21 Defendants. | |

22 |        I am over the age of eighteen years of age, not a party to this action, and employed in the

23 | City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street,

24 | Suite 2200, San Francisco, California 94104.

25 |        On June 29, 2018, I served the following documents:

26 |        1.        Order Granting Trustee's Ex Parte Application for Alternative Service of Process un-

27 | der Federal Rule of Civil Procedure 4;

28 |

1     2.     Alias Summons and Notice of Scheduling Conference in an Adversary Proceeding;

2     3.     First Amended Complaint (a) to Avoid and Recover Fraudulent Transfer, (b) to

3 Avoid and Recover Preferential Transfer, (c) for Disallowance of Claim, (d) for Declaratory Relief;

4     4.     Order Re Initial Disclosures and Discovery Conference;

5     5.     Notice; and

6     6.     Bankruptcy Dispute Resolution Program Information Sheet;

7 pursuant to the Court's Order entered in this action on June 18, 2018, by emailing a true and correct

8 copy addressed to each defendant at the following email addresses:

9     Mariia Kravchuk
    mariiakravchuk90@gmail.com
10     kravmariia@gmail.com

11     Adriy Kravchuk aka Andriy Kravchuk aka Andrey Kravchuk
    ualhimik@yahoo.com
12

13     A true and correct copy of the emails sent to defendants Mariia Kravchuk and Adriy

14 Kravchuk aka Andriy Kravchuk aka Andrey Kravchuk is attached hereto as Exhibit A. The emails

15 requested a "read receipt." No notice has been received that the email service "bounced" to any of

16 the email addresses. No "read receipt" notice has been received as to any of the emails.

17     I declare under penalty of perjury that the foregoing is true and correct and this declaration

18 was executed on July 6, 2018 at San Francisco, California.

19                                _____
20                                       Eileen Van Matre

21

22

23

24

25

26

27

28

178114\00001\59199706.v1